# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Brent Shaun Heavner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00159-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Seth William Burns | ) | |
| City of Hickory, NC | ) | |
| Thurman Whisnant | ) | |
| Hickory Police Department, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2022 Order.

December 6, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court